Entered on Docket
October 29, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: October 29, 2009

_____
**LESLIE TCHAIKOVSKY
U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                     No. 08-42959 T
                                          Chapter 11
MICHELLE PATRICE SIDRIAN,

         Debtor-in-Possession.
_____/

**MEMORANDUM RE CONFIRMATION HEARING**

The Court has reviewed the Third Amended Plan and the various documents filed in support of confirmation in preparation for the hearing on November 2, 2009 at 2:00 p.m. The Court issues this Memorandum to alert the debtor to some errors in the plan that will need to be corrected and to the remaining issues that will need to be addressed at the confirmation hearing.

The first error is that the plan proposes to pay the priority tax claims within six years of their assessment date. This requirement was changed by BAPCPA. The appropriate time frame is now five years from the petition date. The second and third errors are that Claim Nos. 10 and 22 are indicated to be impaired. However, the description of their proposed treatment does not appear to impair them.

The debtor must provide evidence of feasibility as to the payments the plan requires her to make during the life of the plan. In addition, because one unsecured creditor voted against the plan, the debtor must provide evidence that the plan will pay that creditor at least as much as it would receive in a chapter 7 liquidation. Because no creditor has filed an objection to confirmation, the Court will permit the debtor to do this by making an offer of proof, unless a party in interest attends the hearing and wishes to cross-examine the debtor.

END OF DOCUMENT

COURT SERVICE LIST

Michelle Patrice Sidrian
3341 Oakley Rd.
Antioch, CA 94509

Mark A. McLaughlin
Law Offices of McLaughlin and Wildman
3012 Lone Tree Way #300
Antioch, CA 94509